# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL CASE NO. 5:16-cv-00038-MR

| | |
|---|---|
| DENNIS MICHAEL BUNTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CAROLYN W. COLVIN, Acting ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** comes before the Court upon the Defendant's Motion for Remand to the Commissioner [Doc. 9].

Upon careful review of the Defendant's Motion, and for good cause shown, the Court concludes that remand pursuant to sentence six of 42 U.S.C. § 405(g) is appropriate. See Melkonyan v. Sullivan, 501 U.S. 89, 98 (1991).

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Remand to the Commissioner [Doc. 9] is **GRANTED**, and this matter is hereby **REMANDED** to the Commissioner of Social Security for further proceedings.

**IT IS SO ORDERED.**

Signed: June 17, 2016

Martin Reidinger
United States District Judge